UNITED STATES DISTRICT COURT
Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Katy Elaine, Inc. v S.I.T., Inc d/b/a Sarah's Prints

2. Civil action number: 5:23-cv-01440-JKP-ESC

3. Nature of suit: Trademark/Trade Dress dispute (840)

4. Date of Mediation: 01.27.25

5. When did the case settle? ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee? $2600   or   ☐ Pro Bono

7. How was this Mediation initiated? ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

Name: William Nash/Jason Whitney
Address: Haynes & Boone, LLP
112 E. Pecan, Ste. 2400
San Antonio, TX 78205
Phone: 210.978.7000

Name: Matthew Booth/Dale Langley
Address: 1803 West Ave.
Austin, TX 78703
Phone: 512.477.3830

9. Additional comments: Parties are working on final closing documents.

Signature of Neutral: JK Leonard
Date: 01.28.25
Address: 1150 N Loop 1604 W, Ste. 108-635
San Antonio, TX 78248
Phone: 210.445.8817

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*