UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIODIVISION

**KATY ELAINE, INC.,**

*Plaintiff*

**v.**                                        No.  SA-23-CV-01440-JKP

**S.I.T., INC.,**

*Defendant*

## O R D E R

The parties' mediator informed the Court they reached a settlement. *ECF No. 33*. For this reason, the Court vacates all remaining Scheduling Order deadlines and settings, including trial. The Court ORDERS the parties to submit a Stipulation of Dismissal or an Agreed Judgment and any appropriate supporting documents on or before **thirty (30) days from the date of this Order**. *See* Fed. R. Civ. P. 41. Should the parties be unable to finalize the settlement and submit appropriate filings and documents by that date, they must request an extension of time to do so. If the parties do not file a Stipulation of Dismissal or an Agreed Judgment or request an extension by the appropriate deadline, the Scheduling Order will be reinstated as though it had never been vacated.

Any pending motions are DENIED as moot without prejudice to refiling, as needed.

It is so ORDERED.
SIGNED this 29th day of January, 2025.

_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE